IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SARAH AHEARN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 25-cv-1347 |
| | ) | |
| VILLAGE OF HOFFMAN ESTATES, | ) | Honorable Virginia M. Kendall |
| A municipal corporation; | ) | |
| ANNE MARIE WITT, | ) | |
| A Hoffman Estates Police Officer; | ) | |
| BRIAN O'SHEA, | ) | |
| A Hoffman Estates Police Officer; | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT INITIAL STATUS REPORT

The parties, by their undersigned attorneys, and pursuant to the Court's December 1, 2025, Order (Dkt. 12), hereby submit the following Initial Joint Status Report:

### (1) Possibility of settlement in the case

There is a possibility of settlement in this case, however, no settlement discussions have taken place at this time. The parties will revisit settlement after initial discovery is exchanged.

### (2) If no possibility of settlement exists, the nature and length of discovery necessary (with specific dates) to get the case ready for trial

The parties proposed the following discovery schedule:

    a. January 29, 2026, to issue initial written discovery
    b. March 31, 2026, to answer initial written discovery
    c. Fact discovery to be completed by July 29, 2026

    d.  Expert witness discovery to be completed by December 1, 2026

**(3) Whether the parties jointly consent to proceed before the Magistrate Judge.**

At this time, the parties do not unanimously consent to proceed before a Magistrate Judge. The parties will consult and revisit whether they consent to proceed before the Magistrate Judge.

Date: December 17, 2025

        Respectfully Submitted,

        /s/ Richard Dvorak
        Richard Dvorak,
        One of the Attorneys for the Plaintiff

*Counsel for Plaintiff:*

Richard Dvorak
Liza Vasilyeva
DVORAK LAW OFFICES, LLC
1 Walker Avenue, Suite 204
Clarendon Hills, Illinois 60514
(312) 593-7146
richard.dvorak@civilrightsdefenders.com
liza@civilrightsdefenders.com

*Counsel for Defendants:*

Frank N. DeBoni
Paul Bozych
NIELSEN, ZEHE & ANTAS, P.C.
55 W. Monroe Street, Suite 1800
Chicago, Illinois 60603
(312) 322-9900
fdeboni@nzalaw.com
pbozych@nzalaw.com