| | | |
|---|---|---|
| SARAH AHEARN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No.: 1:25-cv-13470 |
| VILLAGE OF HOFFMAN ESTATES, | ) | |
| ANNE MARIE WITT, BRIAN O'SHEA, | ) | |
| | ) | |
| Defendants. | ) | |

**VILLAGE OF HOFFMAN ESTATES, ANNE MARIE WITT, & BRIAN O'SHEA'S**
**PARTIAL MOTION TO DISMISS PLAINTIFF'S COMPLAINT AT LAW**

NOW COMES the Defendants, Village of Hoffman Estates, a municipal corporation (hereinafter, VOHE); Anne Marie Witt, A Hoffman Estates Police Officer (hereinafter, "Witt"); and Brian O'Shea, a Hoffman Estates Police Officer (hereinafter, "O'Shea") by and through their undersigned counsel, and hereby moves this Court, pursuant to Fed. R. Civ. P. 12(b)(6), to Partially Dismiss Plaintiff's Complaint ("Complaint") for failure to state a claim. Defendants further move this Court to extend the deadline to answer Plaintiff's claims, which are not subject to their Partial Motion to Dismiss Plaintiff's Complaint until after the partial motion is decided, or, in the alternative, leave to file a partial answer to the claims not subject to the partial motion to dismiss. In support of its Motion, Defendants state as follows:

1.      On November 3, 2025, Sarah Ahearn, filed a complaint against Defendants alleging various claims related to a September 18, 2024, incident whereby Plaintiff was arrested and charged with DUI and an action was begun to suspend Plaintiff's license, all of which Plaintiff alleges occurred without probable cause. (*See* Doc. 1).

2. The Complaint is not organized by self-contained counts specifying the allegations against each defendant; however, Plaintiff provided notice of her claims in paragraphs 75, 76 and 77 of her Complaint. (*See* Doc. 1, ¶¶ 75-77).

3. Plaintiff alleges the following claims:

   a. §1983 Fourth Amendment illegal search and seizure claim against Witt (*See* Doc. 1, ¶ 75);

   b. §1983 Substantive due process claims against Witt for violating her bodily integrity through blood and urine testing and for extending Plaintiff's time in custody (*See* Doc. 1, ¶ 75);

   c. §1983 Failure to Intervene Claim against O'Shea for failing to intervene to prevent Witt's violations of O'Shea's constitutional rights (*See* Doc. 1, ¶ 75);

   d. Illinois State Law claims for malicious prosecution against Witt, O'Shea, and VOHE (*respondeat superior*) in relation to Witt and O'Shea's actions which Plaintiff alleges led to her prosecution for DUI without probable cause or legal justification (*See* Doc. 1, ¶ 76);

   a. Illinois State Law claims for malicious prosecution against Witt, O'Shea, and VOHE (*respondeat superior*) in relation to Witt and O'Shea's actions which Plaintiff alleges led to the suspension of her driver's license without probable cause or legal justification (*See* Doc. 1, ¶ 77).

4. Defendants' Motion seeks to dismiss all of Plaintiff's claims besides the malicious prosecution claims against Witt and the derivative *respondeat superior* claims against VOHE, to the extent they are for Witt's alleged actions.

5. In addition, Defendants moves this Court to extend the deadline to answer Plaintiff's claims, which are not subject to their Partial Motion to Dismiss Plaintiff's Complaint until after the partial motion is decided, or, in the alternative, leave to file a partial answer to the claims not subject to the partial motion to dismiss.

6. The relief requested in this Motion is supported by Defendants' Memorandum of Law, which is hereby incorporated by reference as though fully set forth herein.

WHEREFORE, Defendants Village of Hoffman Estates, Anne Marie Witt, and Brian O'Shea, respectfully request that this Court, pursuant to Fed. R. Civ. P 12(b)(6), GRANT their Motion and: dismiss Plaintiff's § 1983 Fourth Amendment claims; dismiss Plaintiff's §1983 substantive due process claims with prejudice; dismiss Plaintiff's Failure to Intervene and Malicious prosecution claims against O'Shea; and grant an extension of 14 days after disposition of this motion to answer the claims not subject to this partial motion to dismiss, or in the alternative, leave to file a partial answer to the claims not subject to this partial motion to dismiss; and for any other relief that this Court finds fair and equitable.

DATED: <u>January 9, 2026.</u>                    Respectfully submitted,


                                        NIELSEN, ZEHE & ANTAS, P.C.

                                        */s/ Paul Bozych*
                                        Eric J. Meli
                                        Frank N. DeBoni
                                        Paul Bozych
                                        NIELSEN, ZEHE & ANTAS, P.C.
                                        55 West Monroe Street, Suite 1800
                                        Chicago, Illinois 60603
                                        (312) 322-9900
                                        emeli@nzalaw.com
                                        fdeboni@nzalaw.com
                                        pbozych@nzalaw.com
                                        ***Attorneys for Defendants, Village of Hoffman Estates, Anne Marie Witt, and Brian O'Shea***

<u>**CERTIFICATE OF SERVICE**</u>


The undersigned, Paul Bozych, hereby certifies that on **January 9, 2026**, he caused the foregoing ***Village of Hoffman Estates, Anne Marie Witt & Brian O'Shea's Partial Motion to Dismiss Plaintiff's Complaint at Law*** to be filed with the Clerk of the United States District Court for the Northern District of Illinois Eastern Division, using the Court's CM/ECF system which will send notification of such filing to all counsel of record.


                                        */s/ Paul Bozych*

3