IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SARAH AHEARN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | 1:25-cv-13470 |
| | ) | |
| VILLAGE OF HOFFMAN ESTATES, | ) | Hon. Virginia M. Kendall, |
| | ) | District Court Judge |
| A municipal corporation; | ) | |
| ANNE MARIE WITT, | ) | Hon. M. David Weisman |
| A Hoffman Estates Police Officer; | ) | Magistrate Judge |
| BRIAN O'SHEA, | ) | |
| A Hoffman Estates Police Officer; | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION TO EXTEND BRIEFING SCHEDULE
## ON DEFENDANTS' MOTION TO DISMISS
### *(UNOPPOSED)*

The Plaintiff, SARAH AHEARN, by and through her attorneys of DVORAK LAW OFFICES, LLC, hereby moves to extend the briefing schedule on the Defendants' Motion to Dismiss (Dkt. 19) by two weeks. In support of her motion, the Plaintiff states the following:

1. The Defendants have filed a motion to dismiss (Dkt. 19). The response to said motion is due on January 26, 2026 and the reply is due on February 2, 2026 (Dkt. 22).

2. The Plaintiff is represented by a small firm with three lawyers. Lead counsel Richard Dvorak and Attorney Vasilyeva represent a defendant in a murder

1

trial that was set to commence on January 23, 2026, the date of this filing. It has been continued to January 26, 2026 due to the closure of the Circuit Court of Cook County (*People v. Garcia*, Cook County Case no. 2016 CR 0662101).

3. Plaintiffs counsel are unable to complete their response brief in time, due to their trial preparations.

4. The Plaintiff therefore asks that the briefing schedule be extended by two weeks so that the response would be due on February 6, 2026 and the reply due on February 16, 2026.

5. Counsel have conferred with counsel for the Defendants, who do not oppose this motion.

Wherefore, for the reasons stated above, the Plaintiff asks that the briefing schedule on the Defendants' motion to dismiss be extended by two weeks.

Respectfully Submitted,

/s/ Adrian Bleifuss Prados
Adrian Bleifuss Prados,
One of the Attorneys for the Plaintiff

Adrian Bleifuss Prados
Richard Dvorak
Liza Vasilyeva
DVORAK LAW OFFICES, LLC
1 Walker Avenue, Suite 204
Clarendon Hills, Illinois 60514
(312) 593-7146
richard.dvorak@civilrightsdefenders.com
liza@civilrightsdefenders.com
adrianbp@civilrightsdefenders.com

CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby swears and affirms that the attached document was served upon counsel of record via the Court's electronic filing system on January 23, 2026.

/s/ Adrian Bleifuss Prados
Adrian Bleifuss Prados,
One of the Attorneys for the Plaintiff

Adrian Bleifuss Prados
Richard Dvorak
Liza Vasilyeva
DVORAK LAW OFFICES, LLC
1 Walker Avenue, Suite 204
Clarendon Hills, Illinois 60514
(312) 593-7146
richard.dvorak@civilrightsdefenders.com
liza@civilrightsdefenders.com
adrianbp@civilrightsdefenders.com